IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRITNEY R. THOMAS, AIS # 237646,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 15-00291-CB-C |
| **LIEUTENANT DEMINGS,** | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Timothy Demings, Baron Hayes, Michael Clark, and Courtney Golston, and those claims presented against these defendants are **DISMISSED** with prejudice.

**DONE** this 15TH day of June, 2016.

 s/*Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**