IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRITNEY R. THOMAS, AIS # 237646, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 15-00291-KD-C |
| LIEUTENANT DEMINGS, *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge (Doc. 35) made under 28 U.S.C. § 636(b)(1)(B), and dated October 18, 2016, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendant Officer Hill, and those claims presented against the defendant are **DISMISSED** with prejudice.

DONE and ORDERED this **1**st day of **December 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**